IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEVIN BENNETT** **PLAINTIFF**

**v.** **No. 4:20CV26-JMV**

**COMMISSIONER PELICIA HALL, ET AL.** **DEFENDANTS**

### ORDER *DISMISSING* PLAINTIFF'S MOTION [25] FOR STATUS UPDATE AS MOOT

This matter comes before the court on the plaintiff's motion [25] for an update regarding the status of various pending motions. As the court has ruled on the motions in question, the instant motion [25] for an update is **DISMISSED** as moot.

**SO ORDERED**, this, the 9th day of February, 2021.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE